

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00227-CV

**IN RE M.I.A., A CHILD**,
Appellant

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02030
The Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

In this accelerated appeal, a child appeals an order denying the Texas Department of Family & Protective Services' request to terminate the parental rights of the child's father. The record in this appeal has been filed, as have the child's and the Department's briefs. In those briefs, counsel certified a copy was served on the father's trial counsel. However, in its final order, the trial court relieved the father's trial counsel "of all duties based on a finding of good cause," but did not appoint new counsel to represent the child's father in this appeal.

When the Department files suit requesting termination of a parent–child relationship, "the court shall appoint an attorney ad litem to represent the interests of . . . an indigent parent of the child who responds in opposition to the termination or appointment." Tex. Fam. Code § 107.013(a). This provision contains a right to counsel in the trial court, in the court of appeals, and in the Supreme Court of Texas. *See In re P.M.*, 520 S.W.3d 24, 26 (Tex. 2016) (per curiam). "Courts have a duty to see that withdrawal of counsel will not result in foreseeable prejudice to the client." *Id.* at 27. Consequently, if a court allows an attorney to withdraw, "it *must* provide the appointment of new counsel" in the event of further appellate proceedings. *Id.* (emphasis added). "An appellate court must ordinarily refer the matter of appointment of replacement counsel to the trial court." *Id.*

We therefore **ORDER** that this appeal is abated and remanded to the trial court for the appointment of counsel for the child's father within 7 days of this order. This appeal will be reinstated upon the trial court's signing an order appointing new counsel.

We further **ORDER** the trial court clerk, Mary Angie Garcia, to file a supplemental clerk's record containing the order of appointment within 5 days of the order being signed.

We further **ORDER** the father's newly appointed counsel to file the father's appellee's brief within 20 days of appointment. Because we must dispose of this appeal within 180 days of

the date the notice of appeal was filed, any request for extensions of time will be disfavored. *See* Tex. R. Jud. Admin. 6.2.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2019.



Keith E. Hottle,
Clerk of Court